IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES RUFUS PERRY, JR., | : | |
| Petitioner | : | |
| VS. | : | |
| | : | NO. 1:05-CV-128(WLS) |
| FREDRICK J. HEAD, Warden, | : | |
| | : | PROCEEDINGS UNDER 28 U.S.C. § 2254 |
| Respondent | : | BEFORE THE U.S. MAGISTRATE JUDGE |

# O R D E R

Petitioner has filed a motion seeking an extension of time in which to amend his petition seeking the writ of habeas corpus, alleging therein that he did not receive the court's order that he amend until the thirty day compliance period had almost expired. Petitioner seeks an extension until December 20, 2005 in which to file his amended petition. Any amend petition was to be filed on or before November 3, 2005. The court will allow an extension of time in which to filed the amended petition but not until December 20, 2005. Any amended petition plaintiff may wish to file herein must be filed on or before, Monday, December 5, 2005. Plaintiff's motion is **GRANTED** to the extent set out herein.

SO ORDERED, this 7th day of November 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE