IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES RUFUS PERRY, JR., | : | |
| Petitioner | : | |
| VS. | : | 1 : 05-CV-128 (WLS) |
| DON JARRIEL, Warden, | : | |
| Respondent. | : | |

**ORDER**

Presently pending in this § 2254 petition are the petitioner's Motion to Substitute respondents and Motion for Leave to File a supplement and/or amended habeas petition. Petitioner's Motion to Substitute has been rendered moot, as the court substituted respondent Jarriel, the petitioner's current warden, in December 2005. Accordingly, petitioner's Motion to Substitute is **DENIED** as moot.

On November 7, 2005, the court granted petitioner's Motion for Extension of Time in which to file an amended petition, which the petitioner filed on December 7, 2005. The presently pending Motion for Leave to File a supplement and amended habeas petition was filed on April 28, 2006, seven (7) months after the filing of the original petition on September 21, 2005. A review of the proposed second amendment to petitioner's habeas petition, as well as the original and first amended petitions, reveals that the petitioner appears to be attempting to add a new ground for relief based on the confrontation clause and to further argue his ground for relief regarding ineffective assistance of trial counsel. To the extent that the petitioner is attempting to add new claims for habeas relief, his Motion for Leave to File is **DENIED**. The petitioner

clearly understood the need to include all of his grounds for habeas relief in his first amended petition, yet he waited almost five (5) more months to attempt to include additional grounds for relief in a second proposed amendment.  The court notes as well that to the extent that the petitioner is merely clarifying or continuing to present arguments regarding his existing grounds for relief, his Motion for Leave to File an amendment is unnecessary.

**SO ORDERED**, this 14th day of June, 2006.

 /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb